**Celia NEGRETE–ROJAS, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

**No. 05–75904.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 27, 2006 *.

Filed Dec. 1, 2006.

Alejandro Garcia, Esq., City of Commerce, CA, for Petitioner.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Russell W. Chittenden, Esq., USLA—Office of the U.S. Attorney, Civil & Tax Divisions, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: LEAVY, GOULD and CLIFTON, Circuit Judges.

---

Circuit, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

 

MEMORANDUM **

Petitioner's motion for an extension of time to file an opposition to the motion for summary disposition is granted. The opposition has been filed.

Respondent's opposed motion for summary disposition is granted. Petitioner's due process argument concerning the application of the hardship standard is foreclosed because this court resolved that issue on direct review in petitioner's prior petition for review, no. 02–73843. *See Nunes v. Ashcroft,* 375 F.3d 805 (9th Cir. 2004) (rejecting claim in habeas appeal because issue resolved in prior determination in petition for review); *United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam).

**PETITION FOR REVIEW DENIED.**

 **PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.